UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anthony Sean Yancey**            **Docket No. 5:25-CR-177-1D**

## Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Sean Yancey, who, upon an earlier plea of guilty to Conspiracy with Intent to Distribute and Possess Heroin, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Edgardo Ramos, U.S. District Judge for the Southern District of New York, on June 22, 2018, to the custody of the Bureau of Prisons for a term of 120 months. The court further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of five years.

Anthony Sean Yancey was released from custody on October 24, 2024, at which time the term of supervised release commenced.

Jurisdiction was transferred from the Southern District of New York to the Eastern District of North Carolina on July 25, 2025.

On October 23, 2025, the case was reassigned from U.S. District Judge Terrence W. Boyle to U.S. District Judge James C. Dever III.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is motivated to be highly successful during his term of supervised release and is committed to showing the court that he is a prosocial and law-abiding individual. Therefore, it is recommended that the defendant participate in a cognitive behavioral program which will increase his likelihood of success on supervision and beyond. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: October 24, 2025

Anthony Sean Yancey
Docket No. 5:25-CR-177-1D
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __26__ day of __October__, 2025 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge